## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **JAMES DAIL**, individually and on behalf of similarly situated persons,<br><br>   Plaintiff,<br><br>v.<br><br>**PAPA JOHN'S PADUCAH, LLC** and **ROBERT WORKMAN, individually**<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:18-cv-112-TBR<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Court has considered the Joint Motion for Approval of Settlement and Dismissal of Case with Prejudice jointly filed by all Plaintiffs and Defendants in this cause of action and find the Joint Motion is well taken and should be and hereby is granted in all respects.

The Court approves the settlement, hereby Grants the Joint Motion and Orders that all claims of all Plaintiffs and Opt-In Plaintiffs in this cause of action are dismissed with prejudice with each party to bear their own costs and attorneys' fees in conformance with the settlement. [DN 35].

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

April 29, 2020